IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-578-GCM

| | |
|---|---|
| PAUL MANOS and MARGARET M. MANOS, Plaintiff, v. FREEDOM MORTGAGE CORPORATION, Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David A. Zulandt,** filed December 10, 2019 (Doc. No. 5).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Zulandt is admitted to appear before this court *pro hac vice* on behalf of Defendant, Freedom Mortgage Corporation.

**IT IS SO ORDERED.**

Signed: December 11, 2019

Graham C. Mullen
United States District Judge