**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00578-GCM**

| | |
|---|---|
| **MARGARET M. MANOS,**<br>**PAUL MANOS,** | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **FREEDOM MORTGAGE**<br>**CORPORATION,** | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning John J. Berry (Doc. No. 14).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Berry is admitted to appear before this court *pro hac vice* on behalf of Defendant Freedom Mortgage Corporation.

**IT IS SO ORDERED.**

Signed: September 16, 2020

Graham C. Mullen
United States District Judge