# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Margaret M. Manos <br> Paul Manos**,** <br><br> Plaintiff(s), <br><br> vs. <br><br> Freedom Mortgage Corporation**,** <br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br> 3:19-cv-00578-GCM |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2021 Order.

March 9, 2021

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court