# Paul Manos and Margaret Manos v. Freedom Mortgage Corporation
## Case No. 3:19-CV-578

## BILL OF COSTS - ITEMIZATION

Fees for Service of Summons and Subpoena:

    Subpoena to Truist Financial Corporation (7/2/2020) – $128.25

    Subpoena to Truist Financial Corporation (7/8/2020) – $137.50

    Subpoena to Equifax Information Services, LLC (7/20/2020) – $156.25

    Subpoena to TransUnion, LLC (7/20/2020) – $123.50

    Subpoena to HM Properties Investments, LLC (7/20/2020) – $128.25

    Subpoena to Experian Information Solutions (7/20/2020) – $123.50

    Subpoena to Equifax Information Services, LLC (7/22/2020) – $156.25

Fees for Printed/Electronically Recorded Transcripts Necessarily Obtained for Use in the Case:

    Original Deposition Transcript of Margaret Manos – $654.50

    Original Deposition Transcript of Paul Manos – $357.00

    Copy of Deposition Transcript of Tanya Tarver – $248.80

    Copy of Deposition Transcript of Amy Grant – $100.75

Other Costs:

    Reporter attendance fees for Plaintiff's Deposition – $535.00

**Total: 2,849.55**[1]

---

[1] True and accurate copies for all foregoing expenses are provided being provided herewith.



## Civil Action Group, Ltd.
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776  Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157363-0001
10-Jul-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH  44114

Case Name:       Paul Manos and Margaret M. Manos  v  Freedom Mortgage Corporation
Attorney File #:
Subject:         Truist Financial Corporation--(f
Location:        Charlotte, NC

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 02-Jul-2020 | Priority (Listed) | 1 | 128.25 | 128.25 | | |
| | Total Charges: | | | 128.25 | | |
| | Balance Due: | | | | | $128.25 |

**GENERAL TERMS AND CONDITIONS**

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices.
METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



Civil Action Group, Ltd.
dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776 Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157363-0002
14-Jul-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114

Case Name:    Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation
Attorney File #:
Subject:    Truist Financial Corporation--(f
Location:    Raleigh, NC

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08-Jul-2020 | Priority (Unlisted) | 1 | 137.50 | 137.50 | | |
| | Total Charges: | | | 137.50 | | |
| | Balance Due: | | | | | $137.50 |

**GENERAL TERMS AND CONDITIONS**

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices.
METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
     Civil Action Group, Accounts Receivable Department
     7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



# Civil Action Group, Ltd.
## dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776 Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157462-0002
05-Aug-2020

Please make all checks payable to:

Civil Action Group, Ltd.

## BILL TO:
DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114

| | |
|---|---|
| Case Name: | Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation |
| Attorney File #: | |
| Subject: | Equifax Information Services, LL |
| Location: | Atlanta, GA |

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Jul-2020 | Priority (Unlisted) | 1 | 156.25 | 156.25 | | |
| | Total Charges: | | | 156.25 | | |
| | Balance Due: | | | | | $156.25 |

**RECEIVED OCT - 8 2020 ACCOUNTING**

### GENERAL TERMS AND CONDITIONS

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt. RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices. METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard. FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota. ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
 Civil Action Group, Accounts Receivable Department
 7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced. CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



# Civil Action Group, Ltd.
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776 Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157462-0001
26-Aug-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114

Case Name: Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation
Attorney File #:
Subject: TransUnion, LLC
Location: Chicago, IL

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Jul-2020 | Priority (Listed) | 1 | 123.50 | 123.50 | | |
| | Total Charges: | | | 123.50 | | |
| | Balance Due: | | | | | $123.50 |

### GENERAL TERMS AND CONDITIONS

**TERMS:** Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
**RESPONSIBILITY FOR PAYMENT:** The Firm/Company who requested the service is liable for payment of these invoices.
**METHOD OF PAYMENT:** We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
**FINANCE CHARGES:** All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

**JURISDICTION:** This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
**ATTORNEYS' FEES AND COSTS:** All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

**DISPUTED CHARGES:** You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
**CASH ADVANCES:** Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



# Civil Action Group, Ltd.
## dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776  Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157462-0004
24-Jul-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH  44114

Case Name:        Paul Manos and Margaret M. Manos  v  Freedom Mortgage Corporation
Attorney File #:
Subject:          HM Properties Investments, LLC
Location:         Charlotte, NC

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Jul-2020 | Priority (Listed) | 1 | 128.25 | 128.25 | | |
| 31-Aug-2020 | Accrued Interest | 1 | 1.92 | 1.92 | | |
| | | | Total Charges: | 130.17 | | |
| | | | Balance Due: | | | $130.17 |

**RECEIVED**
**OCT - 8 2020**
**ACCOUNTING**

GENERAL TERMS AND CONDITIONS

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices.
METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



# Civil Action Group, Ltd.
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776 Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157462-0003
31-Jul-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114

Case Name: Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation
Attorney File #:
Subject: Experian Information Solutions,
Location: Los Angeles, CA

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Jul-2020 | Priority (Listed) | 1 | 123.50 | 123.50 | | |
| 31-Aug-2020 | Accrued Interest | 1 | 1.85 | 1.85 | | |
| | | Total Charges: | | 125.35 | | |
| | | Balance Due: | | | | $125.35 |

**RECEIVED OCT - 8 2020 ACCOUNTING**

**GENERAL TERMS AND CONDITIONS**

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices.
METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail your correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

*IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.*
*Federal Tax ID: 41-1954233*

Page 1 of 1



**Civil Action Group, Ltd.**
dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776 Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 157462-0002
05-Aug-2020

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**
DINSMORE & SHOHL
Attn: Michelle Opria
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114

Case Name: Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation
Attorney File #:
Subject: Equifax Information Services, LL
Location: Atlanta, GA

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Jul-2020 | Priority (Unlisted) | 1 | 156.25 | 156.25 | | |
| 30-Sep-2020 | Accrued Interest | 1 | 2.34 | 2.34 | | |
| | | Total Charges: | | 158.59 | | |
| | | Balance Due: | | | | $158.59 |

### GENERAL TERMS AND CONDITIONS

**TERMS:** Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
**RESPONSIBILITY FOR PAYMENT:** The Firm/Company who requested the service is liable for payment of these invoices.
**METHOD OF PAYMENT:** We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
**FINANCE CHARGES:** All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

**JURISDICTION:** This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
**ATTORNEYS' FEES AND COSTS:** All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

**DISPUTED CHARGES:** You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
**CASH ADVANCES:** Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

# Cady Reporting
## A Veritext Company

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4049 Fax. 973-629-1305
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | John Berry<br>Dinsmore & Shohl LLP (Pittsburgh)<br>1300 Six PPG Place<br>Pittsburgh, PA, 15222 | **Invoice #:**<br>**Invoice Date:**<br>**Agency #:** | 207986<br>10/26/2020<br>135897 |

| Case No. | |
|---|---|
| **Case:** | Paul Manos and Margaret M. Manos vs. Freedom Mortgage Corporation |
| **Job #:** | 135897 |
| **Witness(s)** | Margaret M. Manos, Paul Manos<br>Attendance Date: 10/26/20 9:00 a.m. |
| **Billing Atty:** | John Berry |
| **Location:** | ZOOM DEPOSITION |

| Witness | Description | Amount |
|---|---|---|
| DEPOSITION(S) OF: Margaret Manos and Paul Manos | DEPOSITION(S) OF: Margaret Manos and Paul Manos | $0.00 |
| | To attendance of reporter | $360.00 |
| | To original transcript(s): Manos, Margaret | $654.50 |
| | To original transcript(s): Manos, Paul | $357.00 |
| | To read & sign | $70.00 |
| | Thank you for choosing Cady | $105.00 |

CURRENT STATUS
A REPRINTED ORIGINAL INVOICE

| | |
|---|---|
| **Invoice Total:** | $1,546.50 |
| **Payment:** | ($1,546.50) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11671 | 12/28/2020 | 7078 |
| Job Date | Case No. ||
| 12/11/2020 | 3:19-CV-578 ||
| Case Name |||
| Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation |||
| Payment Terms |||
| Payable upon receipt |||

John J. Berry
DINSMORE & SHOHL, LLP
Six PPG Place, Suite 300
Pittsburg, PA 15222

1 COPY OF TRANSCRIPT OF:
   Tanya Tarver - Freedom Mortgage Corporation 30(b)(6)                                             237.25
   Exhibit                          21.00 Pages    @    0.550       11.55
                                 **TOTAL DUE   >>>**                            **$248.80**

Thank you for your business. We look forward to working with you again soon! For your convenience we now accept Visa/ Mastercard!

To schedule a new deposition, video service, or trial support service, we now offer easy online scheduling at www.chaplinandassociates.com. You can also email schedule@chaplinandassociates.com or call (336) 992-1954 or (704) 606-1434.

TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON YOUR CHECK.

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$248.80** |

**Tax ID:** 56-1929223

*Please detach bottom portion and return with payment.*

John J. Berry
DINSMORE & SHOHL, LLP
Six PPG Place, Suite 300
Pittsburg, PA 15222

Invoice No.    : 11671
Invoice Date  : 12/28/2020
**Total Due**     : **$248.80**

Remit To: **Chaplin & Associates, Inc.**
           **132 Joe Knox Avenue, Suite 100-G**
           **Mooresville, NC 28117**

Job No.     : 7078
BU ID      : 1-MAIN
Case No.   : 3:19-CV-578
Case Name : Paul Manos and Margaret M. Manos v
             Freedom Mortgage Corporation



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11735 | 1/5/2021 | 7103 |

| Job Date | Case No. |
|---|---|
| 12/22/2020 | 3:19-CV-578 |

| Case Name |
|---|
| Paul Manos and Margaret M. Manos v Freedom Mortgage Corporation |

| Payment Terms |
|---|
| Payable upon receipt |

John J. Berry
DINSMORE & SHOHL, LLP
Six PPG Place, Suite 300
Pittsburg, PA 15222

---

1 COPY OF TRANSCRIPT OF:
  Amy Grant

                                                                100.75
                              **TOTAL DUE   >>>**              **$100.75**

Thank you for your business.  We look forward to working with you again soon! For your convenience we now accept Visa/ Mastercard!

To schedule a new deposition, video service, or trial support service,  we now offer easy online scheduling at www.chaplinandassociates.com. You can also email schedule@chaplinandassociates.com or call (336) 992-1954 or (704) 606-1434.

TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON YOUR CHECK.

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$100.75** |

---

**Tax ID:** 56-1929223

*Please detach bottom portion and return with payment.*

John J. Berry
DINSMORE & SHOHL, LLP
Six PPG Place, Suite 300
Pittsburg, PA 15222

Invoice No.   : 11735
Invoice Date  : 1/5/2021
**Total Due**   : **$100.75**

Remit To: **Chaplin & Associates, Inc.**
           **132 Joe Knox Avenue, Suite 100-G**
           **Mooresville, NC 28117**

Job No.    : 7103
BU ID      : 1-MAIN
Case No.   : 3:19-CV-578
Case Name  : Paul Manos and Margaret M. Manos v
             Freedom Mortgage Corporation