UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-578

| PAUL MANOS and MARGARET MANOS | |
|---|---|
| Plaintiffs | OBJECTION TO BILL OF COSTS |
| v. | |
| FREEDOM MORTGAGE CORPORATION | |
| Defendant. | |

**COME NOW** Plaintiffs Paul and Margaret Manos, by and through counsel and hereby object to the Defendant's Bill of Costs:

1. Defendant Freedom Mortgage Corporation (Freedom) filed a Bill of Costs on June 30, 2022. (Doc 40).

2. It appears that Freedom's Bill of Costs (Doc. 40-1) requested unnecessary and duplicated items.

3. First, Freedom requests $953.30 in process server expenses for subpoenas to third party witnesses. It is common to serve such subpoenas through registered mail or courier such as Federal Express. The total cost for service of all subpoenas should have been less than $100 if they were all necessary.

4. Next, Freedom served Truist Financial Corporation and Equifax Information Services with two subpoenas each by two separate process servers. This is redundant and unnecessary and the Plaintiff should not be required to pay for the error the Defendant made in its first service. No party should run up costs.

1

5. Further, Freedom requests $535.00 for "reporter attendant fees." (Doc. 40-1, p.1). This is not accurate. Cady Reporting charged Freedom $360.00 for the attendance fee. (Doc. 40-1, p.9). This is still an extravagant amount for a court reporter attendance, and Freedom should not request $535.00 for the attendance fee when it spent $360.00.

6. Finally, this is not the first time Freedom has made improper requests in this case. In the Fourth Circuit Freedom filed a Bill of Costs for the printing of transcripts, filing under oath that these were necessary costs.

7. At that time the Fourth Circuit's Public Advisory Regarding Operating Procedures in Response to COVID-19 published on March 17, 2020, "suspend[ed] the requirement of paper copies of formal briefs and appendices pending further notice," and so the Fourth Circuit denied Freedom's Bill of Costs.

8. The Plaintiffs submit to the Court that only necessary and reasonable costs should be awarded and it was not necessary to send a process server to a corporation that has a noticing address on file with the Secretary of State and that routinely accepts notices of subpoena by mail, nor were multiple services of the subpoenas necessary.

**WHEREFORE**, Plaintiffs Paul and Margaret Manos respectfully request that the Court DENY Freedom's Bill of Costs, or reduce the costs awarded, and for such other and further relief as this Court deems just and proper.

**TODAY** is July 28, 2022.

                    */s/ M. Shane Perry*
                    M. Shane Perry
                    COLLUM & PERRY
                    109 W. Statesville Ave.
                    Mooresville, NC 28115
                    704-663-4187
                    *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-578

| | |
|---|---|
| PAUL MANOS and MARGARET MANOS<br><br>Plaintiff-Appellants<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION<br><br>Defendant-Appellee. | OBJECTION TO BILL OF COSTS |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing **Objection to Bill of Costs** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following participants in the case who are registered CM/ECF users:

**DINSMORE & SHOHL**

Kelly Eisenlor-Moul
1100 Peachtree Str. Suite 950
Atlanta, GA 30309
P: 470-300-5337
F: 470-300-5352
kelly-eisenlor-moul@dinsmore.com
*Counsel for Defendant-Freedom Mortg. Corp.*

**DINSMORE & SHOHL**

David Zulandt
100 Lakeside Ave. Suite 990
Cleveland, OH
P: 213-413-3851
F: 213-413-3839
david.zulandt@dinsmore.com
*Counsel for Defendant-Freedom Mortg. Corp.*

Respectfully submitted today, July 28, 2022.

        **COLLUM & PERRY**
        */s/ M. Shane Perry*
        M. Shane Perry
        NC Bar No. 35498
        109 W. Statesville Ave.
        Mooresville, NC 28115
        P: 704-663-4187
        F: 704-663-4178
        shane@collumperry.com
        *Counsel for Plaintiffs*

3

Case 3:19-cv-00578-GCM   Document 41   Filed 07/28/22   Page 3 of 3